```
Eileen C. Burke, SBN 175700
Attorney At Law
2019 Webster Street
San Francisco, CA  94115
Phone (415) 441-1776
Fax (415) 441-1789
eileenburke@mindspring.com

Attorney for Plaintiff, KELLY MEDORA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY MEDORA,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, OFFICER RODNEY FITZPATRICK, OFFICER CHRISTOPHER DAMONTE, OFFICER WILLIAM EILEFF, OFFICER RANDALL SOOHOO, OFFICER TIMOTHY OBERZEIR, CHIEF HEATHER FONG, and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No.: C06-0558 EDL<br><br>**STIPULATION TO CONTINUE SCHEDULED DATES** AND ORDER |

The parties have exchanged correspondence and telephone messages in this matter and mutually agree that because Ms. Burke, counsel for Plaintiff, is currently in trial in San Francisco Superior Court, and because the defendants have only recently been served, it would be in the best interests of the

-1-

C 06-0558 EDL, Stipulation to continue CDC and ADR Deadlines, *Medora v. CCSF, et al.*

parties and the Court if the currently scheduled Case Management Conference and ADR deadlines were continued for approximately three months.

By stipulation, the parties agree to, and request that the Court vacate current dates and re-calendar the following dates:

July 11, 2006:    Last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan; file joint ADR certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

July 25, 2006:    Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve Rule 26(f) report.

August 1, 2006:   Case Management Conference (CMC) in Courtroom E, 15th Floor, San Francisco at 10:00 a.m.

So stipulated:

Dated: 4/24/06

_____
Eileen C. Burke, Attorney for Plaintiff

Dated: 4/24/06

_____
Robert A. Bonta
Deputy City Attorney
Attorney for Defendants, CCSF, SFPD, Fong, Eileff, Fitzpatrick

Dated: April 25, 2006



IT IS SO ORDERED
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

-2-

C 06-0558 EDL, Stipulation to continue CDC and ADR Deadlines, *Medora v. CCSF, et al.*