# EILEEN C. BURKE
Attorney at Law
2019 Webster Street
San Francisco, CA 94115

Tel: (415) 441-1776
Fax: (415) 441-1789

April 20, 2007

**SENT VIA FACSIMILE and E-FILED**
(415) 522-2140 (Judge Larson)
(415) 554-3837 (Mr. Bonta)

Magistrate Judge James Larson
Ms. Denise Thomas, Clerk to Magistrate Judge Larson
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102



**Re:** *Medora v. City and County of San Francisco, et. al.*
USDC, Northern District of California, Case No. C 06 0558 EDL

Dear Ms. Thomas and Judge Larson:

    This letter serves to confirm that all parties and counsel agree to cancel the settlement conference currently scheduled for 10:00 a.m. on April 20, 2007 and to schedule a settlement conference before Magistrate Judge Larson at **2:00 p.m. on Wednesday, August 15, 2007.**

    Very sincerely yours,

Eileen C. Burke
Attorney for Ms. Medora