Eileen C. Burke, SBN 175700
Attorney At Law
2019 Webster Street
San Francisco, CA 94115
Phone (415) 441-1776
Fax (415) 441-1789
eileenburke@mindspring.com

Attorney for Plaintiff, **KELLY MEDORA**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **KELLY MEDORA,** | Case No.: C06-0558 EDL |
| Plaintiff, | **[~~PROPOSED~~] ORDER DISMISSING DEFENDANT OFFICER RODNEY FITZPATRICK FROM ALL CLAIMS** |
| vs. | |
| **CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, OFFICER RODNEY FITZPATRICK, OFFICER CHRISTOPHER DAMONTE, OFFICER WILLIAM EILEFF, OFFICER RANDALL SOOHOO, OFFICER TIMOTHY OBERZEIR, CHIEF HEATHER FONG, and DOES 1 through 100, inclusive,** | Jury Trial: October 15, 2007 |
| Defendants. | |

1     Pursuant to facts discovered during the deposition of Officer Christopher Damonte, Plaintiff has
2 determined that defendant Officer Rodney Fitzpatrick was not involved in the incident that gave rise to
3 this case and respectfully requests that he be dismissed as a defendant in all claims.

4     IT IS SO ORDERED.
    Defendant Rodney Fitzpatrick is dismissed with prejudice.

6 Dated: July 2, 2007

                                                    

7 HON. ELIZABETH D. LAPORTE
8 UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*