IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KELLY MEDORA,

    Plaintiff,

v.

CITY & COUNTY OF
SAN FRANCISCO, et al.,

    Defendants.

No. C 06-0558 EDL

**ORDER GRANTING DEFENDANTS' APPLICATION TO SHORTEN TIME AND SETTING BRIEFING SCHEDULE**

On June 29, 2007, Defendants filed an Application to Shorten Time to hear Defendants' Motion to Exclude all of Plaintiff's Retained Experts for Failure to Properly Disclose Them and to Exclude Documents Produced after the Discovery Cutoff. The Court held a Case Management Conference on July 3, 2007 during which the parties discussed, *inter alia*, the scheduling of the hearing on this motion. Pursuant to the discussion at the Case Management Conference, Defendants' Application to Shorten Time is granted. Defendants' Motion to Exclude shall be heard on July 31, 2007. Plaintiff shall file an opposition no later than July 12, 2007, and Defendants shall file a reply no later than July 19, 2007.

**IT IS SO ORDERED.**

Dated: July 3, 2007

                                                    ELIZABETH D. LAPORTE
                                                    United States Magistrate Judge