IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KELLY MEDORA,

    Plaintiff,

v.

CITY & COUNTY OF
SAN FRANCISCO, et al.,

    Defendants.

No. C 06-0558 EDL

**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**

    The Court issues the following Order after the Case Management Conference held on July 3, 2007:

1. Defendants shall search for and produce the interview tapes referenced at the Case Management Conference as soon as possible. No later than July 6, 2007, Defendants shall notify the Court by letter stating what efforts were made to locate the tapes, whether those efforts were successful and when the tapes were or will be produced to Plaintiff.

2. Defendants' Motion for Summary Judgment is continued to August 14, 2007. Plaintiff shall file an opposition no later than July 24, 2007. Defendants shall file a reply no later than July 31, 2007.

3. Defendants' Motion to Exclude Documents, Witnesses, Information, and Damages Claims that Plaintiff Failed to Properly Disclose during Discovery and Motion to Exclude Retained Experts for Failure to Properly Disclose Them and to Exclude

Documents Plaintiff Produced after the Discovery Cutoff shall be heard on July 31, 2007. The briefing schedule for Defendants' Motion to Exclude Documents, Witnesses, Information, and Damages Claims that Plaintiff Failed to Properly Disclose during Discovery shall be pursuant to the Local Rules. A briefing schedule for Defendants' Motion To Exclude All of Plaintiff's Retained Experts for Failure to Properly Disclose Them and to Exclude Documents Plaintiff Produced After the Discovery Cutoff was ordered by the Court in its July 3, 2007 Order Granting Application to Shorten Time and Setting Briefing Schedule.

4. The depositions of Charles Bain and Stephen Cassolato shall take place as soon as possible.

5. No later than July 10, 2007, the parties shall submit evidence from which the Court can consider whether to permit additional depositions of Officers Doherty, Damonte, SooHoo and Oberzeir. Defendants shall inform the Court if they cannot submit this evidence by July 10, 2007.

6. Defendants shall produce to Plaintiff the limited medical records discovered in the OCC files subject to the amended protective order.

7. Plaintiff shall appear for her telephonic deposition no later than July 6, 2007.

8. No later than July 9, 2007, Plaintiff may file a motion for leave to designate an economist expert and a police practices expert. Defendants shall file an opposition no later than July 16, 2007. Plaintiff may file a reply, if any, no later than July 18, 2007. The Court will hold a hearing on this matter on July 31, 2007. Alternatively, Plaintiff may raise this issue as a cross-motion in her opposition to Defendants' Motion to Exclude Retained Experts. In that event, Defendants' opposition to Plaintiff's cross-motion shall be filed

with Defendants' reply to its Motion to Exclude.  Plaintiff may file a reply to Defendants' opposition no later than July 23, 2007.

**IT IS SO ORDERED.**

Dated:  July 5, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge

3