DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #202668
Chief Trial Deputy
ROBERT A. BONTA, State Bar #202668
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4268
Facsimile:      (415) 554-3837
E-Mail:          robert.bonta@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER RODNEY FITZPATRICK,
OFFICER WILLIAM ELIEFF,
CHIEF HEATHER FONG,
OFFICER CHRISTOPHER DAMONTE,
OFFICER TIMOTHY OBERZEIR, AND
OFFICER RANDALL SOOHOO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY MEDORA,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, OFFICER RODNEY FITZPATRICK, OFFICER CHRISTOPHER DAMONTE, OFFICER WILLIAM EILEFF, OFFICER RANDALL SOOHOO, OFFICER TIMOTHY OBERZEIR, CHIEF HEATHER FONG, AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>          Defendants. | Case No. C06-0558 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR TAKING DEPOSITION OF PLAINTIFF'S EXPERT DR. GORDON ENGEL**<br><br><br>Trial Date:            October 15, 2007 |

On April 3, 2007, the Court extended the deadline for expert discovery, including taking expert depositions, from June 4, 2007 to July 31, 2007.

Plaintiff's expert Dr. Gordon Engel will be out of town and unavailable to be deposed starting on or about Friday, July 13, 2007 and continuing until after July 31, 2007.

The parties jointly stipulate and request leave to extend the expert discovery deadline, for the deposition of Dr. Engel only, from July 31, 2007 until a time as soon as reasonably possible after Dr. Engel's return to San Francisco, given the schedules of Dr. Engel and counsel for the parties.

July 12, 2007

/s/
_____
Robert A. Bonta
Attorney for Defendants
CITY AND COUNTY OF SAN FRANCISCO, OFFICER RODNEY FITZPATRICK, OFFICER WILLIAM ELIEFF, CHIEF HEATHER FONG OFFICER CHRISTOPHER DAMONTE, OFFICER TIMOTHY OBERZEIR, AND OFFICER RANDALL SOOHOO

July 12, 2007

/s/
_____
Eileen Burke
Attorney for Plaintiff
KELLY MEDORA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __July 13, 2007_____

_____
Honorable Elizabeth D. Laporte
United States Magistrate Judge

*IT IS SO ORDERED.*
*Judge Elizabeth D. Laporte*