UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**KELLY MEDORA**

      Plaintiff(s),                           No. C-**06-00558** EDL

      v.                                   **ORDER OF CONDITIONAL DISMISSAL**

**SAN FRANCISCO CITY & COUNTY**

      Defendants.

_____/

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before January 14, 2008 for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date.  In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: December 14, 2007

                                                      ELIZABETH D. LAPORTE
                                                      United States Magistrate Judge