Eileen C. Burke, SBN 175700
Burke Law Offices
Four Bank Street
San Anselmo, CA 94960
Phone (415) 578-3925
Fax    (415) 578-3926
eileenburke@mindspring.com

Attorney for Plaintiff, **KELLY MEDORA**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **KELLY MEDORA,** | Case No.:  C06-0558 EDL |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR DISMISSAL WITH PREJUDICE** |
| **vs.** | |
| **CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, OFFICER RODNEY FITZPATRICK, OFFICER CHRISTOPHER DAMONTE, OFFICER WILLIAM EILEFF, OFFICER RANDALL SOOHOO, OFFICER TIMOTHY OBERZEIR, CHIEF HEATHER FONG, and DOES 1 through 100, inclusive,** | |
| Defendants. | |

-1-

The parties, through counsel, have advised the Court that they have agreed to a settlement of this cause. The Court has dismissed this case without prejudice and has set January 14, 2008 as the last day to reinstate the case or the dismissal will be with prejudice.

The settlement has not yet been approved by either the San Francisco Police Commission or the Board of Supervisors of the City and County of San Francisco.

The parties jointly stipulate and request leave to extend the dismissal without prejudice from January 14, 2008 until March 3, 2008.

December 18, 2007

_____
Eileen C. Burke, Counsel for Plaintiff

December 18, 2007

_____
Robert A. Bonta
Attorney for Defendants
CITY AND COUNTY OF SAN
FRANCISCO, OFFICER RODNEY
FITZPATRICK, OFFICER WILLIAM
ELIEFF, CHIEF HEATHER FONG,
OFFICER CHRISTOPHER DAMONTE,
OFFICER TIMOTHY OBERZEIR, AND
OFFICER RANDALL SOOHOO

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: January 7, 2008

_____
Honorable Elizabeth D. Laporte
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 06-0558 EDL, *Medora v. CCSF, et al.,* STIP. TO EXTEND DISMISSAL WITH PREJUDICE DATE