Eileen C. Burke, SBN 175700
Burke Law Offices
Four Bank Street
San Anselmo, CA 94960
Phone (415) 578-3925
Fax    (415) 578-3926
eileenburke@mindspring.com

Attorney for Plaintiff, **KELLY MEDORA**

FILED
FEB 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY MEDORA, | Case No.: C06-0558 EDL. |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DISMISSAL WITH PREJUDICE |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, OFFICER RODNEY FITZPATRICK, OFFICER CHRISTOPHER DAMONTE, OFFICER WILLIAM EILEFF, OFFICER RANDALL SOOHOO, OFFICER TIMOTHY OBERZEIR, CHIEF HEATHER FONG, and DOES 1 through 100, inclusive, | |
| Defendants. | |

-1-

1   The parties, through counsel, have advised the Court that they have agreed to a settlement of
2   this cause. The Court has dismissed this case without prejudice and has set March 3, 2008 as the last
3   day to reinstate the case or the dismissal will be with prejudice.
4   The settlement has been approved by the San Francisco Police Commission, but has not yet
5   been approved by the Board of Supervisors of the City and County of San Francisco.
6   The parties jointly stipulate and request leave to extend the dismissal without prejudice from
7   March 3, 2008 until April 30, 2008.
8   February 16, 2008

                                                        _____
                                                        Eileen C. Burke, Counsel for Plaintiff

13  February 19, 2008
                                                        _____
                                                        Robert A. Bonta
                                                        Attorney for Defendants
                                                        CITY AND COUNTY OF SAN
                                                        FRANCISCO, OFFICER RODNEY
                                                        FITZPATRICK, OFFICER WILLIAM
                                                        ELIEFF, CHIEF HEATHER FONG,
                                                        OFFICER CHRISTOPHER DAMONTE,
                                                        OFFICER TIMOTHY OBERZEIR, AND
                                                        OFFICER RANDALL SOOHOO

20  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

    Dated:
    Feb 20, 2008
                                                        _____
                                                        Honorable Elizabeth D. Laporte
                                                        UNITED STATES MAGISTRATE JUDGE

-2-

C 06-0558 EDL, *Medora v. CCSF, et al.,* STIP. TO EXTEND DISM...

TOTAL P.02